THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY R. DASH, Appellant, Impleaded with Others.

Argued January 16, 1940; decided February 27, 1940.

*Harry Becker* for appellant.

*Charles P. Sullivan, District Attorney (Edmund C. Rowan* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence did not sufficiently establish that the conduct of the defendant reasonably tended in the circumstances toward a breach of the peace. (Cf. Penal Law, § 1140-a.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.